UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31217 |
|---|---|
|    MICHAEL ALLAN LEFFLER | (Chapter 13) |
|    JACQUELYN MARIE LEFFLER | |
|                        Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 57 | WILSON MEMORIAL HOSPITAL<br>BOX 640615<br>CINCINNATI, OH  45264 | 43.17 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service         06-31217

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MICHAEL ALLAN LEFFLER<br>JACQUELYN MARIE LEFFLER<br>429 NORTH WAGNER AVENUE<br>SIDNEY, OH  45365 | RANDAL A HARVEY<br>9 W WATER ST<br>TROY, OH  45373 | (61.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 |
| (1013.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>130 CORPORATE BLVD<br>NORFOLK, VA  23502 | (1014.1n)<br>RECOVERY MANAGEMENT SYSTEMS CO<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 | (57.1)<br>WILSON MEMORIAL HOSPITAL<br>BOX 640615<br>CINCINNATI, OH  45264 |

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        cs